UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA FAYE WOLFE,

    Plaintiff,

v.                      Case No. 8:12-cv-2571-T-33TBM

CAROLYN W. COLVIN,
Acting Commissioner of the
United States Social Security
Administration,

    Defendant.
_____/

**<u>ORDER</u>**

    This matter is before the Court in consideration of the report and recommendation of United States Magistrate Judge Thomas B. McCoun III (Doc. # 17), filed on December 20, 2013, recommending that the decision of the Commissioner denying benefits be affirmed. As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, the Court agrees with Judge McCoun's well-reasoned findings of fact and conclusions of law.  The Court thus adopts the report and recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation of United States Magistrate Judge Thomas B. McCoun III (Doc. # 17) is **ADOPTED.**

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED.**

(3) The Clerk is directed to close this case and to enter judgment in favor of the Commissioner reflecting that

the Commissioner's decision denying benefits is affirmed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 7th day of January, 2014.

                                        VIRGINIA M. HERNANDEZ COVINGTON
                                             UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record